■ WALTER J. PHILLIPS, Petitioner, v. STATE OF NEW YORK HUMAN RIGHTS APPEAL BOARD et al., Respondents.— Determination of the State Human Rights Appeal Board, dated September 20, 1973, unanimously confirmed, the application denied and the petition dismissed. Respondent Kennedy Girls, Inc. shall recover of petitioner $60 costs and disbursements of this proceeding. No opinion. Concur — McGivern, J. P., Nunez, Kupferman, Lane and Capozzoli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FIDUCIARY CAPITAL CORPORATION OF DELAWARE et al., Defendants, and WILLIAM B. GLADSTONE, Appellant.— Order, Supreme Court, New York County entered March 19, 1973, unanimously modified, on the law and the facts, to provide that as a condition of the broadening of the scope of the issues to be tried before the Referee, the defendant-appellant shall have the opportunity for further examination of the witnesses theretofore produced at the hearings on the additional issues to be tried, and otherwise affirmed, without costs and without disbursements. The Attorney-General in this proceeding under article 23-A of the General Business Law, based on information developed at the hearings already held, has, by obtaining subsequent broadening of the issues, received the equivalent of permission to amend his complaint. Under the circumstances, the defendant-appellant should be permitted in his defense against the new issues tendered, further to examine those witnesses who have already testified. Concur — McGivern, J. P., Markewich, Kupferman, Murphy and Steuer, JJ.

■ SEENA DONNESON, Appellant, v. SELVIN DONNESON, Respondent.— Order, Supreme Court, New York County entered June 11, 1973, *inter alia*, dismissing plaintiff's claim for increased support, unanimously affirmed, without costs and without disbursements, and without prejudice to plaintiff's right to apply for appropriate relief at the expiration of four years from the date of the separation agreement between the parties. Concur — McGivern, J. P., Markewich, Kupferman, Murphy and Steuer, JJ. [76 Misc 2d 520.]